FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUAN JOSE V., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>COMMISSIONER OF SOCIAL SECURITY, <br><br>　　　　Defendant. | No. 1:25-CV-03110-SAB <br><br> **ORDER GRANTING STIPULATED MOTION FOR REMAND** |

　　　Before the Court is the parties' Stipulated Motion for Remand, ECF No. 14. The motion was considered without oral argument. Plaintiff is represented by D. James Tree. Defendant is represented by Benjamin J. Groebner and Brian M. Donovan.

　　　The parties ask the Court to reverse the Commissioner's decision and remand the above-caption case for further proceedings.

　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　1.　The parties' Stipulated Motion for Remand, ECF No. 14, is **GRANTED**.

　　　2.　This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings. On remand, the Administrative law Judge will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1**

3.  The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel., and close the file.

**DATED** this 17th day of November 2025.



Stan Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 2